### 15107. THOMPSON *v.* CITY OF ALBANY.

LUKE, J. A finding of the mayor's court, adjudging Thompson guilty of violating a municipal ordinance of the City of Albany, is challenged by the petition for certiorari, upon the ground that the judgment was without evidence to support it. There being evidence to support the judgment of guilty, it was not error for the judge of the superior court to overrule the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 15, 1924.

Certiorari; from Dougherty superior court — Judge Custer. October 1, 1923.

*Lippitt & Burt,* for plaintiff in error.

*J. T. Mann,* contra.